HONORABLE THOMAS O. RICE

Clay M. Gatens
Michelle A. Green
Gatens Green Weidenbach, PLLC
305 Aplets Way
Cashmere, WA 98815
509-888-2144
*Attorneys for Plaintiff Karma Ventures*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARMA VENTURES, LLC, | NO. 20:2-cv-446-TOR |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO ANGEL HALLMAN |
| CHELAN COUNTY and ANGEL HALLMAN, individually, | |
| Defendants. | |

Plaintiff, KARMA VENTURES, LLC, by and through its attorney of record, Clay M. Gatens, and Defendant, ANGEL HALLMAN, by and through her attorney of record, Jeffrey S. Myers, hereby stipulate that ANGEL HALLMAN is DISMISSED WITH PREJUDICE, each party bearing its own costs.

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AS TO ANGEL HALLMAN
Page 1

GATENS GREEN WEIDENBACH, PLLC
Attorneys at Law
(509) 888-2114 / FAX (509) 696-2200
305 Aplets Way / P.O. Box 523
Cashmere, WA 98815

DATED this __22nd__ day of December, 2022.

GATENS GREEN WEIDENBACH, PLLC

By: _____
     CLAY M. GATENS, WSBA #34102
     Attorney for Plaintiff

LAW LYMAN DANIEL KAMERRER

By: _____
     JEFFREY S. MYERS, WSBA #16390
     Attorney for Defendant Angel Hallman

MENKE JACKSON BEYER, LLP

By: _____
     KENNETH HARPER, WSBA #25578
     Attorneys for Chelan County

**ORDER OF DISMISSAL**

THIS MATTER having come on before the court on the written stipulation of the above-named parties, by their respective attorneys of record, that ANGEL HALLMAN be dismissed with prejudice from the above-entitled action, and without cost to any party, and the court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED that ANGEL HALLMAN is dismissed with prejudice

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AS TO ANGEL HALLMAN
Page 2

GATENS GREEN WEIDENBACH, PLLC
Attorneys at Law
(509) 888-2114 / FAX (509) 696-2200
305 Aplets Way / P.O. Box 523
Cashmere, WA 98815

1   from the above-entitled action, and without cost to any party.

2           DATED this _____ day of_____, 2022.

3

4           _____
            JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AS TO ANGEL HALLMAN
Page 3

GATENS GREEN WEIDENBACH, PLLC
Attorneys at Law
(509) 888-2114 / FAX (509) 696-2200
305 Aplets Way / P.O. Box 523
Cashmere, WA  98815

1 | Presented by:

2 |                     GATENS GREEN WEIDENBACH, PLLC

3 |

         By: _____

4 |                   CLAY  M. GATENS, WSBA #34102
                  Attorneys for Plaintiff

5 | Notice of Presentation Waived:

6 | LAW LYMAN DANIEL KAMERRER

7 |

8 | By: __Electronically reviewed and approved 12-22-2022__
         JEFFREY S. MYERS, WSBA #16390

9 |          Attorney for Defendant Angel Hallman

10 | MENKE JACKSON BEYER, LLP

11 |

  By: __Electronically reviewed and approved 12-22-2022__

12 |          KENNETH HARPER, WSBA #25578
         Attorneys for Chelan County

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AS TO ANGEL HALLMAN
Page 4

GATENS GREEN WEIDENBACH, PLLC
Attorneys at Law
(509) 888-2114 / FAX (509) 696-2200
305 Aplets Way / P.O. Box 523
Cashmere, WA  98815