|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF WASHINGTON |

| | | |
|---|---|---|
| KARMA VENTURES, LLC, | | |
| | Plaintiff, | NO: 2:20-CV-0446-TOR |
| v. | | ORDER OF DISMISSAL WITH PREJUDICE |
| CHELAN COUNTY and ANGEL HALLMAN, individually, | | |
| | Defendants. | |

BEFORE THE COURT are the parties' Amended Stipulated Motion for Order of Dismissal with Prejudice and Motion to Expedite. ECF No. 16 and 17. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal of all claims with prejudice, and without an award of attorneys' fees or costs to any party. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Courts Order Staying this case, ECF No. 12, is **LIFTED**.

2. The parties' Amended Stipulated Motion for Order of Dismissal with Prejudice and Motion to Expedite, ECF No. 16 and 17, are **GRANTED**.

3. The original Stipulated Motion for Order of Dismissal, ECF No. 15, is **DENIED** as moot.

4. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all of plaintiff's claims in this action are **DISMISSED** with prejudice and without an award of costs or attorneys' fees to any party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED May 11, 2023.



THOMAS O. RICE
United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2