AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 11, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| KARMA VENTURES, LLC, | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.   2:20-CV-0446-TOR |
| | ) |
| CHELAN COUNTY and ANGEL HALLMAN, individually, | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all of plaintiff's claims in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE _____

on the parties' Amended Stipulated Motion for Order of Dismissal.  ECF No. 16.

Date:  May 11, 2023 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

*s/ B. Fortenberry* _____
*(By) Deputy Clerk*

B. Fortenberry _____